ACCEPTED
14-14-00690-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:46:05 PM
CHRISTOPHER PRINE
CLERK

# No. 14-14-00690-CR

IN THE

COURT OF APPEALS

FOR THE

FOURTEENTH DISTRICT OF TEXAS

AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/23/2015 3:46:05 PM

CHRISTOPHER A. PRINE
Clerk

Cause no.  1372136
In the 180th District Court
of Harris County, Texas

## HERBERT GARDNER
*Appellant*

V.

## THE STATE OF TEXAS
*Appellee*

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW, HERBERT GARDNER** Appellant in the above-captioned cause, by and through his attorney of record, and respectfully moves the Court for an extension of time in which to file the Appellant's Brief, as provided by TEX.  R. APP.

PROC. 10.5. In support hereof, Appellant would show unto the Court the following:

1.   Appellant was found guilty by the court after a hearing on a motion to adjudicate guilt in Cause No. 1372136.

2.   Appeal was perfected when written notice of appeal was filed after Appellant was convicted. This Court has the brief scheduled for filing on or before March 16, 2015.

3.   Appellant requests an extension of 60 days, until May 15, 2015 in which to file the brief.

4.   One previous extensions of time have been requested.

5.   The facts relied upon to reasonably explain the need for an extension are those set forth below:

> The record in the case is quite extensive and the potential issues are complex. Counsel requests additional time in order to fully prepare the appeal in this matter. Counsel has many other matters, both trial and appellate, pending and due in the next 30-45 days.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion, thereby extending the time for filing the Appellant's Brief by 60 days, until May 15, 2015 in the interest of both justice and judicial economy.

Respectfully submitted,

_____

PATTI SEDITA
State Bar No. 00787484
One Sugar Creek Center Blvd., #1045
Sugar Land, TX 77478
281.313.4225
ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and copy of Motion for Extension of Time to File

Appellant's Brief has been delivered to District Attorney - Appellate Division, 1201

Franklin, Houston, Texas 77002, via efiletex.gov on this the 23rd day of March 2015.

_____
PATTI SEDITA